**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Robert BIGNEY, a.k.a. Robert G. Bigney, Defendant-Appellant.**

**No. 17-11311**
**Non-Argument Calendar**

United States Court of Appeals, Eleventh Circuit.

(September 15, 2017)

Lisa A. Hirsch, Jason Wu, Assistant U.S. Attorney, Wifredo A. Ferrer, Emily M. Smachetti, U.S. Attorney's Office, Miami, FL, Carmen M. Lineberger, U.S. Attorney's Office, Fort Pierce, FL, for Plaintiff-Appellee

Michael Caruso, Federal Public Defender, Federal Public Defender's Office, Miami, FL, Fletcher Peacock, Federal Public Defender's Office, Fort Pierce, FL, for Defendant-Appellant

Before MARTIN, ANDERSON, and EDMONDSON, Circuit Judges.

PER CURIAM:

Robert Bigney appeals his 24-month total sentence imposed after the district court revoked his term of supervised release. To the extent he challenges the district court's guideline calculation, we do not review Bigney's claim because he waived that argument at sentencing. Furthermore, Bigney's sentences were substantively reasonable: they were within his guideline range, and the court considered the relevant sentencing factors and the parties' arguments—including those about Bigney's ADHD—at sentencing.

AFFIRMED.